[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11402
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00017-MW-GRJ-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,


versus


TYRONE NACSE FREDERIC,

Defendant - Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(November 17, 2014)

Before TJOFLAT, WILSON, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Barbara Sanders, appointed counsel for Tyrone Nacse Frederic in this direct

criminal appeal, has moved to withdraw from further representation of Mr.

Frederic and prepared a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mr. Frederic's convictions and sentences are **AFFIRMED**.